UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
U.S. COURTHOUSE, SUITE 9E
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415

JONATHAN LEBEDOFF
MAGISTRATE JUDGE

(612) 664-5120

January 22, 2001

Steve Heikens, Esq.
700 Lumber Exchange Bldg.
10 South Fifth Street
Minneapolis, MN 55402

Laura McKnight, Esq.
J. Scott Andresen, Esq.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

In Re: Clark v. American Academy of Neurology, et al.
Civil No. 00-1927 (MJD/JGL)

Dear Counsel:

As you both know by now, this Court had scheduled a settlement conference in reference to the above-entitled matter for this morning. Neither side showed up and my conversations with each of you convinces me that neither of you ever recalls receiving notice of this settlement conference. We certainly sent out the notice and this matter is a mystery to me; however, these things do happen. The purpose of this letter is to reschedule the settlement conference until March. This letter shall serve as the Court's Order.

A settlement conference has been scheduled in the above-referenced matter for **Wednesday, March 28, 2001, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

JAN 22 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

Clark v. American Academy of Neurology January 22, 2001

I would appreciate it if you could each call and confirm receipt of this letter. I look forward to seeing you on March 28, 2001.

Very truly yours,

JONATHAN LEBEDOFF
United States Magistrate Judge

cc: **Civil No. 00-1927 (MJD/JGL)**
Judge Michael J. Davis