**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Louis R. Clark,

Plaintiff,

v.

American Academy of Neurology, a national not-for-profit society, and Catherine M. Rydell, in her individual capacity,

Defendants.

Civil Action No. 00-1927 MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-entitled action may be and hereby is dismissed with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

Dated: ____________

____________________________
Steve G. Heikens (#124394)
Attorney for Plaintiff
700 Lumber Exchange
Minneapolis, MN 55402
Telephone: (612) 305-4384

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Dated: June 14, 2001

By ____________________________
Laura J. McKnight (License #70993)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 2 9 2001
DEPUTY CLERK ____________

**ORDER**

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to any party and that a judgment of dismissal with prejudice and on the merits shall be entered immediately.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: August 29, 2001

Michael J. [signature]
Judge of the United States District Court

286386.WPD