# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Louis R. Clark
Plaintiff,

Case No. Civil 00-1927 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

American Academy of Neurology,
a national not-for profit society, and
Catherine M. Rydell, in her
individual capacity,
Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Pursuant to the foregoing Stipulation of Dismissal with Prejudice, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to any party and that a judgment of dismissal with prejudice and on the merits shall be entered immediately.

DATE: August 29, 2001

RICHARD D. SLETTEN, CLERK

E Knoblauch

E Knoblauch, Deputy Clerk